No. 641.   PARTMAR CORPORATION ET AL. *v.* PARAMOUNT PICTURES THEATRES CORP. ET AL.   C. A. 9th Cir.   Certiorari granted limited to the issue of dismissal of the counterclaims.   *Russell Hardy, James Wallace Kemp* and *Henry Schaefer, Jr.* for petitioners.   *Jackson W. Chance* for respondents.

No. 649.   THEATRE ENTERPRISES, INC. *v.* PARAMOUNT FILM DISTRIBUTING CORP. ET AL.   C. A. 4th Cir.   Certiorari granted.   *Edwin P. Rome* and *Sol C. Berenholtz* for petitioner.   *J. Cookman Boyd, Jr.* for Loew's Incorporated, respondent.

No. 647.   TOOLSON *v.* NEW YORK YANKEES, INC. ET AL.   C. A. 9th Cir.   Certiorari granted.   *Gene M. Harris* for petitioner.   *Norman S. Sterry* for respondents.

No. 668.   KOWALSKI *v.* CHANDLER, COMMISSIONER OF BASEBALL, ET AL.   C. A. 6th Cir.   Certiorari granted.   *Frederic A. Johnson* for petitioner.   *Raymond T. Jackson, Benjamin F. Fiery* and *Louis F. Carroll* for respondents.

No. 674.   CORBETT ET AL. *v.* CHANDLER, COMMISSIONER OF BASEBALL, ET AL.   C. A. 6th Cir.   Certiorari granted.   *Frederic A. Johnson* for petitioners.   *Raymond T. Jackson, Benjamin F. Fiery* and *Louis F. Carroll* for respondents.

No. 704.   MADRUGA *v.* SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE COUNTY OF SAN DIEGO.   Supreme Court of California.   Certiorari granted.   *Thomas M. Hamilton* for petitioner.